# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>———————————————————<br>This document relates to:<br><br>**VIRGINIA D. BOWDEN**<br>**Individual Case No. 3:06-cv-00456-CRB**<br>———————————————————| ) ) ) ) ) ) ) ) ) ) ) | Case No. M:03-CV-01699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER<br><br>**STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 4:05-cv-01051-GAF, ORIGINALLY FILED IN THE WESTERN DISTRICT OF MISSOURI** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Virginia Bowden, Case Number 4:05-cv-01051-GAF, originally filed in the Western District of Missouri on October 28, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00456-CRB, may be and is hereby dismissed without prejudice.

**This Stipulation and Order of Dismissal does not relate to nor does it have any effect upon the following action within which Virginia Bowden is also a named plaintiff: Virginia Bowden v. G.D. Searle & Co., Case Number CV05-06371-AHM (CWx) (a "Celebrex" complaint), originally filed in the Central District of California.**

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the California action, and jurisdiction and venue for the trial of the action will be proper in whichever of

1    the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

2          The parties shall each bear their own costs.

3

4    Dated: April 21, 2006          ROBINSON, CALCAGNIE & ROBINSON

5

6                                   Mark P. Robinson, Jr., SBN054426
                                    mrobinson@rcrlaw.net
7                                   Carlos A. Prietto, III, SBN 166410
                                    cprietto@rcrlaw.net
8                                   Ted B. Wacker, SBN 157416
                                    twacker@rcrlaw.net
9                                   620 Newport Center Drive, 7th Floor
                                    Newport Beach, CA 92660
10                                  Telephone: (949) 720-1288
                                    Fax: (949) 720-1292
11
                                         -AND-
12
                                    Samuel M. Wendt, MO #53573
13                                  David Peterson, MO #32229
                                    PETERSON & ASSOCIATES, P.C.
14                                  801 West 47th Street, Suite 107
                                    Kansas City, MO 64112-1253
15                                  Telephone: (816) 531-4440
                                    Fax: (816) 531-0660
16
                                    *Counsel for Plaintiff*
17                                  VIRGINIA BOWDEN

18

19   Dated: April 24, 2006          GORDON & REES

20

21                                  Stuart M. Gordon, Esq.
22                                  sgordon@gordonrees.com
                                    Embarcadero Center West
23                                  275 Battery Street, 20th Floor
                                    San Francisco, CA 94111
24                                  Telephone: (415) 986-5900
                                    Fax: (415) 986-8054
25
                                    *Defendants' Liaison Counsel*
26

27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: __May 12, 2006_____

HONORABLE CHARLES R. BREYER

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA