1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAPITOL EXPRESSWAY AUTO
DEALERS ADVERTISING ASSOCIATION
INC,

          Plaintiff,

  v.

DEE J. WHEELWRIGHT,

          Defendant.

                               /

No. C 07-00456 CRB

**ORDER**

Having been advised by the Volunteer Legal Services Program of the Bar Association of San Francisco that additional time is required to secure the assistance of counsel for *pro se* Defendant Dee J. Wheelwright, the Court hereby CONTINUES the stay of proceedings until July 31, 2007.  The stay of proceedings shall dissolve as of that date, or upon the appearance of defense counsel, whichever occurs first.  Upon dissolution of the stay, the evaluator shall arrange for a pre-session phone conference and fix the date and place of an ENE session. See N.D. Cal. ADR L.R. 5-4(a).

    **IT IS SO ORDERED.**

Dated:  July 3, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0456\order3.wpd